

**FILED**

10/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0294

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0294

IN THE MATTER OF:

K.W.,

    A Youth in Need of Care.

**O R D E R**

**FILED**

OCT − 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The parties have filed a stipulation to remand the case and dismiss the appeal. The parties stipulate to remand with instructions for the Second Judicial District Court, Butte-Silver Bow County, to issue amended findings of fact, conclusions of law, and order on the petition to terminate Mother's parental rights. The parties also move for remittitur to issue immediately upon the case's remand.

Good cause appearing,

IT IS ORDERED that the district court's April 25, 2024 order is VACATED.

IT IS FURTHER ORDERED that this matter is remanded to the Second Judicial District Court. The district court may conduct any additional proceedings it determines necessary to issue an amended order. The amended order must address whether evidence beyond a reasonable doubt established that: Mother's parental rights should be terminated under Mont. Code Ann. § 41-3-609(1)(f); continued custody of K.W. by Mother would likely result in serious emotional or physical damage to the child as required under § 1912(f); and, with detailed documentations, whether the Department provided active efforts to prevent the breakup of the Indian family but they were unsuccessful as required under § 1912(d) and 25 C.F.R. § 23.120(b).

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED.

IT IS FURTHER ORDERED that remittitur shall issue immediately.

The Clerk is directed to provide copies of this Order to all counsel of record and to Honorable Robert J. Whelan, presiding judge.

DATED this 8th day of October, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices